VALERIE RUBINSTEIN, as Executrix of ANDRE RUBINSTEIN, Deceased, Appellant, *v.* SERGE RUBINSTEIN et al., Respondents, et al., Defendants.

Argued January 19, 1953; decided May 21, 1953.

*John F. X. Finn* and *David Brady* for appellant.

*George P. Halperin* and *Leon Dicker* for Serge Rubinstein, respondent.

*Leslie Kirsch* for Konrad Sztykgold and others, respondents.

*Edwin B. Wolchok* for British American Equities, Inc., and others, respondents.

Judgment affirmed, with costs. The trial court, as it had a right to do, took and passed on the account between the parties, and its rulings on the matters involved in that accounting are sustained by the record. No opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased. [See 305 N. Y. 925.]